No. 398. EL PUEBLO *v.* JULIÁN.—Apelación procedente de la Corte de Distrito de Guayama. Resuelto en enero 22, 1912. Confirmada la sentencia. La parte apelante no compareció. Abogado del apelado: *Sr. Charles E. Foote, Fiscal.*

No. 804. MORENO ET AL. *v.* MARTÍNEZ ET AL.—Apelación procedente de la Corte de Distrito de Humacao. Moción para desestimar la apelación por no haberse presentado la transcripción de autos. Resuelto en enero 29, 1912. Desestimada la apelación por incumplimiento del artículo 299 del Código de Enjuiciamiento Civil enmendado por la ley de 9 de marzo de 1911. Abogado del promovente: *Sr. Manuel Tous Soto.* Abogado de la parte contraria: *Sr. Enrique López Díaz.*

No. 781. PORTO RICO RAILWAY, LIGHT & POWER COMPANY *v.* PÉREZ. Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Resuelto en enero 29, 1912. Desestimada la apelación por estipulación de ambas partes. Abogado del apelante: *Sr. Enrique Márquez.* Abogado del apelado: *Sr. J. Henri Brown*

No. 738. THE FAJARDO DEVELOPMENT Co. *v.* SUCESIÓN MORFI.—Apelación procedente de la Corte de Distrito de Humacao. Resuelto en febrero 2, 1912. Desistida la apelación a instancia de los apelantes. Abogados de los apelantes: *Sres. Armstrong & Keith* y *Luis Muñoz Morales.* Abogados de los apelados: *Sres. C. Travecier y Manuel Tous Soto.*

No. 747. QUESTEL, conocido por CARRERAS, *v.* CONDE ET AL.—Apelación procedente de la Corte de Distrito de Ponce. Resuelto en febrero 8, 1912. Desestimada de oficio la apelación por incumplimiento del artículo 42 del reglamento de este tribunal. Abogado del apelante: *Sr. Felipe Casalduc.* Abogado de los apelados: *Sr. Tomás Castillo.*